JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASQUAL CAMPOS, | ) Case No. 2:17-cv-02761-VBF-JC |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| W.L. MONTGOMERY, | ) |
| Respondent. | ) |

Final judgment is hereby entered in favor of the respondent and against petitioner Pasqual Campos.  IT IS SO ADJUDGED.

Dated: August 28, 2020

_____

Hon. VALERIE BAKER FAIRBANK
Senior United States District Judge